**Arnold LACKEY, Plaintiff–Appellant,**

**v.**

**PREFERRED RUBBER COMPOUNDING CORP.; United Steel Workers of America, AFL CIO/CLC, Defendants–Appellees.**

No. 06–3728.

United States Court of Appeals, Sixth Circuit.

April 26, 2007.

BEFORE: SUHRHEINRICH and GIBBONS, Circuit Judges; and HEYBURN, District Judge.*

PER CURIAM.

Plaintiff Arnold Lackey appeals from the order of the district court granting summary judgment to defendants Preferred Rubber Compounding Corporation ("Preferred Rubber" or "Company") and United Steelworkers of America, AFL–CIO/CLC ("USW") and United Steelworkers of America, Local 418L ("Local") (collectively "Union") in the hybrid action brought pursuant to § 301 of the Labor–Management Relations Act ("LMRA"). Specifically, Lackey challenges the district court's rulings that there was no evidence of any "available" positions as defined in the collective bargaining agreement, and that the Union's decision not to pursue Lackey's grievance beyond its original stages was not unreasonable.

Having reviewed the parties' briefs and the applicable law, and having had the benefit of oral argument, we conclude that this matter should be affirmed for the reasons stated in the district court's well-reasoned opinion dated March 30, 2006.

**SO ORDERED.**

---

* The Honorable John G. Heyburn, Chief Judge for the United States District Court for the Western District of Kentucky, sitting by designation.